SAMUEL SMYTHE, JR., Appellant, v. CLARENCE BUDDINGTON KELLAND and Another, Respondents.— Motion to dismiss appeal granted.  Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

GERTRUDE E. VAIL, etc., Respondent, v. CECILE J. WIDNER and Another, Appellants.— Motion to dismiss appeal granted for failure on the part of the appellants to show merit in the appeal, as required by rule 12.*  Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

JOSEPHINE WAHNER, Respondent, v. ANNIE SLADEK, Now ANNIE ZIEGLER, Appellant, and Others, Defendants.— Motion to dismiss appeal denied upon condition that within five days after entry of the order hereon appellant perfect her appeal, place the cause on the calendar for the May term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

SAMUEL H. WEBER, Respondent, v. CLIMAX MOLYBDENUM COMPANY and Others, Appellants.— Motion to strike papers from record on appeal granted.  Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

ANNA WEIL, Respondent, v. JOSEPH WEIL, Appellant.— Motion to dispense with printing papers on appeal denied.  Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

MAX ZEISLER, Respondent, v. SAMUEL FEINSTEIN, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal and place the case on the calendar for Friday, April 16, 1926, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

BELLE MFRS. SUPPLY CO., INC., Respondent, v. THE EAGLE FIRE INSURANCE COMPANY OF NEW YORK, Appellant.— Order denying defendant's motion to vacate and set aside plaintiff's notice of examination before trial affirmed, with ten dollars costs and disbursements.  No opinion.  Jaycox, Manning, Kapper and Lazansky, JJ., concur; Kelly, P. J., dissents as to the allowance of examination regarding items 1, 11 and 12, mentioned in the notice of examination.

COMINGIO CAPOBIANCO, Respondent, v. EMANUELE MANNINO, Appellant.— Judgment of the County Court of Queens county unanimously affirmed, with costs. No opinion.  Present — Kelly, P. J. Rich, Jaycox Kapper and Lazansky, JJ.

STUART M. CLOSE, Respondent, v. S. E. & M. VERNON, INC., Appellant.— Judgment unanimously affirmed, with costs.  No opinion.  Present — Kelly, P. J., Rich, Young, Kapper and Lazansky, JJ.

WILLIAM COHEN, Appellant, v. L. W. DEVELOPMENT CORPORATION and Another, Respondents.— Judgment unanimously affirmed, with costs.  No opinion. Present — Kelly, P. J., Rich, Young, Kapper and Lazansky, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK, Appellant, to Certain Lands and Premises Located on Forty-first Street, Forty-second and Lake Streets, etc., Corona, in the Borough of Queens, City of New York, etc., for School Purposes, etc.  STUARD HIRSCHMAN and Others, Respondents.— Final decree unanimously affirmed, with costs.  No opinion.  Present — Kelly, P. J., Rich, Young, Kapper and Lazansky, JJ.